AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00015 |
| Daniel Harrington | ) Assigned To : Judge Moxila A. Upadhyaya |
| | ) Assign. Date : 1/17/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Daniel Harrington__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 641- Theft of Government Property;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(C) - Entering and Remaining in Certain Rooms in the Capitol Building;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 1/17/2024

*Issuing officer's signature:* /s/ M.A. Upadhyaya

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 2/1/24, and the person was arrested on (date) 2/6/24
at (city and state) Covington, KY

Date: 2/6/24

*Arresting officer's signature:* Matthew Calico

Matthew Calico, Special Agent, FBI
*Printed name and title*