Dear Judge Chutkan,

I, Daniel Harrington, am writing to you today to express my regret for my involvement on the day of Jan 6th. I wish that I had not entered the Capitol that day.  I had no ill will in my heart and did not hurt anyone, but recognize that my presence, along with others, harmed our country. I am sorry and regret my part in it.

I am just a simple working man. I have no experience in government and no college degree. I have worked in factories where my fellow workers have lost fingers in machines and their feet to acid spills. I ,myself had a finger smashed in a punch and shattered my kneecap on the job. I say all this to illustrate that this is the world I live in. I have no knowledge or understanding of the inner workings of the government. I have spent my life trying to help my family and the community around me.  I take delight in the provision and care of those dear to me. I do the yard work for my elderly neighbors next door and have paid to have their A/C fixed because they were on fixed income. I help my other neighbor with his chickens and building their coop. I help friends find jobs and anyone with car problems I eagerly assist. I am not a criminal but an asset to my community and those near me.

I thought that I was doing something patriotic by going to President Trump's speech, and then following the crowd.  But I know, with the benefit of hindsight, that January 6 got out of control, and wasn't patriotic, but was instead destructive and out of control. I love my country, the democratic process and the freedom it provides. I still believe in it and hope God blesses all my fellow Americans and unites this land in peace and prosperity.  I learned important lessons that day about following crowds and politicians who give speeches.

I am a loving father, son, brother, husband, friend, neighbor, and asset to my community. I made a mistake and have learned and am sorry and regret my actions. If I had it to do over again I wish I'd have never went and just stayed home. I am sorry and apologize for my part. I do take full responsibility for my actions and wish I wasn't ever there.

I ask for mercy and understanding, both too scarce in this world today.


Regretfully,
Daniel Harrington.

Dear Judge Chutkan,

I hope this letter finds you in good health. I am writing to you in reference to Daniel Harrington. I believe it is crucial for you to understand who Daniel is beyond the confines of this case.

I have known Daniel for 10 years. In that time I have come to know him as a kind hearted, hard working, and honest man. He displays excellent communication skills and interacts with others in a respectful manner. He models accountability and responsibility to not only our children but anyone he encounters.

Daniel and I met when my son was two years old and stepped up to be the only father my son has ever known. After being an active step father for six years, we had our first of two children in 2020. At that time Daniel stepped up again and took on the entire financial burden for our household. This allowed me the opportunity to stay at home, raising our young children and caring for our home, an experience I always felt I had missed out on with my eldest as a single working mother. Our second child was born in 2022 and Daniel has continued to be the sole provider for our family of five while continuing to be a daily present father. When not at work, he's found either in the garage working on our cars, or with the children. He's the father following our 2 year old son around the playground teaching him to conquer every obstacle, the father reading a book to our 3 year old daughter for the 5th time in an hour. He's working with our 12 year old son on his spiral football toss in the backyard and cheering him on from the front row at every game. He's Dad working the grill at family get togethers and the last to eat.

Daniel is a dependable man who puts his family before himself. When his father fell ill in 2023, he took on the responsibility of administering his medication, and moved our entire family into his house for a week so his Dad could pass peacefully in his own home surrounded by love without being forced to stay in a nursing home against his will. He's continuously there to support his mother as she's been dealing with breast cancer the last several months.

He's been there to support my family as well, he arranged for me to be able to gift my younger brother with his first car this year, an older model, but in great running shape. He's taken on some of the financial needs for my parents, as my mother is out of work dealing with a leg injury keeping her from performing her CNA duties.

Daniel has also been there to support others in times of need. He has opened his home to friends in the past when hard times hit and they had lost jobs and shortly after their own homes. He allowed these people a chance to rebuild their lives without having to worry about being homeless or unable to eat. Unfortunately this has ended in him being taken advantage of and robbed a couple of times, but he has not allowed this to make him bitter or resentful. He still keeps an open heart and mind, especially to those in need.

Daniel has made some mistakes I am confident he is remorseful for committing and it is no surprise he is prepared to take accountability for his actions.

It is my hope that the court takes this letter into account at the time of sentencing. Despite the current case, Daniel is a hardworking man, a highly involved father, and a morally behaved human being. I understand the seriousness of this matter however, I hope the court will show some leniency for this man who has always shown upstanding character and works daily to provide for his children.

Sincerely,

Robin Noonchester

Rita Harrington

9535 Carriage Run Circle

Loveland, OH 45140

ritajeanmarie@yahoo.com

859-866-3704


07/27/2024


The Honorable Tanya S. Chutkan

United States District Court Judge

District of Columbia


Re: character reference for Daniel T. Harrington


Dear Judge, Chutkan,

Thank you for your consideration of my son Daniel.   I appreciate your taking the time to consider someone who is so important to me.

What I can tell you about Daniel is that words like integrity and character mean a great deal to him.  He holds himself to a high standard.

When it comes to others, he is naturally someone who puts others first.  As a high school lifeguard, he didn't hesitate to jump in to save a child who was struggling.   As a college student, he was driving home and saw a truck on fire.  Daniel stopped his car, jumped out and ran to pull the driver out to safety, before the police arrived.  As a young man living in an apartment, when a neighbor was attacked, Daniel was the first one there, doing CPR, until the ambulance arrived.  Daniel wasn't thinking about himself in these situations.  This is part of who he is.

Daniel and his sister buried their dad last April. Daniel worked hand in glove with his sister to take care of their dad for a year.  Daniel moved his family in with his father in the last few weeks so he could be there.  None of this was easy for Daniel or his family.  After his father

passed, there was an estate to be settled. It took over a year.  Daniel's sister was the executor.  Daniel was so supportive.  Never was there a cross word, but he was a strength for her all the way, encouraging her and praising her for all the work she did.  It was not an easy time, and I was so proud of my son.

Daniel has been there for me this past year, as I have struggled with cancer.  Anything I needed, any time, he was there, and still is. I know I can call on him to help me around the house and yard, take me to doctor appointments, or discuss my feelings and treatment.  He is always available to me.

Daniel has 3 children and a fantastic woman, Robin, in his life.  He is dedicated to them.  He works hard every day to take care of them. He would be out at 6am running with the 12-year-old, Ayden, so he was in shape for football.  He put up a beautiful play set for the 2- and 3-year-old, Ellie and Alex.  They all go together to the YMCA.  Daniel loves to cook and makes his own seasoned butter.  He also makes sure that there is a date night for Robin him.  He values what they have together.

Daniel would be the first to say he has made mistakes in life.  He would change his past actions regarding this matter, if he could. What he can do, and has done, is learn.  I know he is a changed and wiser person and is remorseful.

Thank you for taking my words into consideration.

Sincerely, Rita Harrington

Kathy Quarles
9262 Elliott Farm Way, Loveland, OH 45140
[Kquarles440@gmail.com](mailto:Kquarles440@gmail.com), (513) 304-6748
July 1, 2024

I am writing this letter to serve as an additional representation of the character of my brother, Daniel Harrington. For 40 years, I have seen him in both wonderful and devastating life circumstances, and the one thing that remains constant is his heart – his intent is good, he cares for others with abundance, and he gives all that he has to support those around him.

Daniel is a person who genuinely cares about the well-being of others. His compassion is evident in his everyday actions. He consistently goes out of his way to help those in need, offering support, time, and resources without expecting anything in return. Whether it's helping a neighbor mow their lawn, stepping up at work when a co-worker called off unexpectedly, offering a place to stay for someone who didn't have anywhere else to go, or simply being there for friends and family, Daniel's heart is what shows in everything he does.

Despite any personal challenges Daniel might face, he somehow still finds the opportunity to focus on how he can give back to others. His generosity is not limited to material support; he also provides emotional support and encouragement, which has been invaluable to many, including myself. With the loss of our father last year, Daniel has struggled with significant loss, damaging the core of his being – yet he still shows up to those around him as a father, sibling, friend…

Daniel has a family (with 3 young children) that depends on him, and it is evident that they are the center of his world. His love and commitment to his family are resolute, and his priority is their happiness and well-being. Daniel's presence is crucial for the stability and mental health of his loved ones.

Furthermore, Daniel's own mental health and well-being are deeply intertwined with being with his family. His sense of purpose and fulfillment comes from his role within his family, and being separated from them would undoubtedly have a negative impact on his well-being. He needs to be with his family, not only for their sake but also for his own emotional and psychological health.

Daniel is a person of exceptionally strong character who, like any other human – has lived a human life and made great choices as well as mistakes along the way. He is a person who gives others second chances and I ask that he be given the same consideration when it comes to his sentencing. He means a lot to us, and he has a profound impact on everyone around him. I wholeheartedly support him and believe that his presence is essential for both his family and his own well-being.

Thank you for considering my perspective. Please feel free to contact me if you require any further information.

Sincerely,

Kathy Quarles

August 10, 2024

To whom it may concern,

I, Brandy VIckers am writing this letter to you to provide a character reference about Mr. Daniel Harrington, who I have known as a friend for over 13 years.

Daniel is an honest, trustworthy, and dependable friend. He is always willing to lend a helping hand with no questions asked. Above being an awesome friend to have, he has proved himself to be an amazing father to his kids, who depend on him.

The circumstances that have led Daniel to this point are not reflective of their true character. I have observed profound regret and determination to learn from this situation. His commitment to making amends and rectifying his mistake, speaks volumes about his character and personal integrity.

I ask that you kindly consider Daniel's positive attributes and his willingness to rectify his mistake when making a decision in this case.

Thanks for taking my letter into consideration,

Brandy Vickers
859-957-7750

To whom it may concern:

We are writing on behalf of our neighbor (for several years), Daniel Harrington.

Daniel has been very helpful to my husband and I. Since becoming our neighbor, my husband battled cancer and Daniel would always check to see if there was anything he could do to help us.

He has been cutting our grass (my husband has COPD) and never asks for anything in return, he also helped with vehicle issues we were having (again... not asking for anything).

[2]

He has been a good neighbor and is also a good father, and family man.

Sincerely,
Cheri Walder
James Williams

A-007